UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

In Re:                                    )
                                          )
CASEY ALAN GOLDMAN              )          CASE NO. 14-70024-BHL-7
KRISTIN MELISSA GOLDMAN         )
DEBTOR(S)                          )

TRUSTEE'S REPORT OF POSSIBLE ASSETS AND
NOTICE OF PROPOSED ABANDONMENT

Comes now Stacy Wissel, Chapter 7 Trustee herein, and notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to establish a Claims Bar Date at this time.

A completed inventory of the property of the debtor is listed on the Attached Form 1.

The trustee moves that all the property listed in the petition be abandoned as exempt, over encumbered or not otherwise suitable for administration **except** for the following: POTENTIAL TAX REFUND FOR 2013.

A report of deposit will be submitted when funds are received for deposit.


DATE: Wednesday, March 5, 2014          /s/ Stacy Wissel
                                        Stacy Wissel, Trustee
                                        Attorney Number: 17154-54
                                        Post Office Box 68
                                        Decker, IN 47524-0068
                                        812.882.6452
                                        swissel@sbcglobal.net

<u>Certificate of Service</u>

I do hereby certify that on Wednesday, March 5, 2014,  a copy of the foregoing **Trustee's Report of Possible Assets and Notice of Proposed Abandonment**  was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Kevin Kinkade - kinkadeassociates@hotmail.com
U.S.Trustee - ustpregion10.in.ecf@usdoj.gov
Stacy M. Wissel - tr_wissel_ecf@sbcglobal.net,  IN57@ecfcbis.com

I further certify that on Wednesday, March 5, 2014, a copy of the foregoing **Trustee's Report of Possible Assets and Notice of Proposed Abandonment** was mailed by first -class United States Mail, postage prepaid, and properly addressed to the following:

Casey and Kristin Goldman
408 Fielding Court
Mt. Vernon IN 47620

BY:__/s/ Stacy Wissel _____
Stacy Wissel, Trustee
Post Office Box 68
Decker, IN 47524
812.886.6452
812.886.6522 (fax)
swissel@sbcglobal.net